UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS M. CURRY,

        Petitioner,

v.                              Case Number: 05-71019

H.J. MARBERRY,              HONORABLE PATRICK J. DUGGAN

        Respondent.
                                   /

## OPINION AND ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on MAY 6, 2005.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

       Petitioner Carlos Curry is a federal inmate currently incarcerated at the Federal Correctional Institution in Milan, Michigan.  He filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which this Court dismissed on April 26, 2005. Petitioner filed a motion for reconsideration on May 3, 2005.  For the following reasons, the motion for reconsideration will be denied.

       Rule 7.1(g) provides that a motion for reconsideration only should be granted if the movant demonstrates that the Court and the parties have been misled by a palpable defect and that a different disposition of the case must result from a correction of such a palpable defect. *Id*.  A motion that merely presents the same issues already ruled upon by the

Court shall not be granted.  *Id*.  The Court concludes that it did not commit a palpable error in dismissing the Petition.

Accordingly,

**IT IS ORDERED** that Petitioner's motion for reconsideration is **DENIED**.


s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Carlos Curry
#02214-424
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160