UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLOS M. CURRY,

        Petitioner,

                                                    CASE NO. 05-CV-71019-DT
v.                                           HONORABLE PATRICK J. DUGGAN

H.J. MARBERRY,

        Respondent.
_____/

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on July 7, 2005.___

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
                     U.S. DISTRICT COURT JUDGE

Petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which this Court denied on April 26, 2005. Petitioner filed a motion for reconsideration, which this Court also denied on May 6, 2005. Petitioner now seeks to appeal the Court's decisions and therefore requests a certificate of appealability. *See* 28 U.S.C. § 2253. Section 2253 provides that a certificate of appealability may issue only if a petitioner makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

As the Supreme Court recently stated, when a district court denies a habeas petition on the merits of the claims, a certificate may issue if the petitioner demonstrates

that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Slack v. McDaniel*, 520 U.S. 473, 484, 120 S. Ct. 1595, 1604 (2000). However, when a district court denies habeas relief on procedural grounds without reaching the petitioner's constitutional claims, a certificate may issue if the petitioner shows that jurists of reason would find it debatable whether (1) the petition states a valid claim of a denial of a constitutional right; *and* (2) the district court was correct in its procedural ruling. *Id*. at 484-85, 120 S. Ct. at 1604.

This Court dismissed Petitioner's petition, finding that it was not properly filed pursuant to Section 2241. Petitioner fails to establish that this procedural ruling was incorrect. The Court therefore holds that he is not entitled to a certificate of appealability and DENIES the request.

**SO ORDERED.**

                                       s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Carlos Curry
#2214-424
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

Raina I. Korbakis, Esq.